# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MORRIS WILLIAMS, | ) | |
| | ) | Civil Action No. 12 – 1582 |
| Plaintiff, | ) | |
| | ) | District Judge Arthur J. Schwab |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| DET. PHARES HUTTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case is before the Court on the Report and Recommendation of Chief Magistrate Judge Lisa Pupo Lenihan dated November 27, 2012 (ECF No. 6), recommending that Plaintiff's Complaint be dismissed with prejudice pursuant to the screening provisions of the Prison Litigation Reform Act. Plaintiff was served with the Report and Recommendation at his listed address and advised that he had until December 14, 2012, to file written objections. The Court received Plaintiff's objections on December 14, 2012. (ECF No. 7.) However, Plaintiff's objections do not undermine the recommendation of the Magistrate Judge. Moreover, although Plaintiff seeks leave to amend his Complaint, it is clear that granting Plaintiff leave to do so would be futile. A careful review of the record commands that Plaintiff, even garnering all the liberalities that accompany his *pro se* status, fails to state any claims under 42 U.S.C. § 1983 for which relief may be granted.

1

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and the objections thereto, the following order is entered.

AND NOW, this 18th day of December, 2012,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint (ECF No. 3) is dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan dated November 27, 2012 (ECF No. 6) is adopted as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Clerk mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Arthur J. Schwab
United States District Judge

12/18/2012

cc: Morris Williams
AJ1391
PO Box A, Old Route #22
Cresson, PA 16699
*Via U.S. Postal Mail*